# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DAVID RAY                                                              PLAINTIFF
#15875

V.                            No. 3:19CV00307-BSM-JTR

SUSAN COX, Nurse,
Poinsett County Detention Center                                       DEFENDANT

# ORDER

Plaintiff David Ray ("Ray"), a prisoner in the Poinsett County Detention Center, has filed a *pro se* § 1983 Complaint alleging that Defendant Nurse Susan Cox ("Cox") has violated his constitutional rights. Before Ray may proceed with this case, the Court must screen his claims.[1]  Doc. 2.

Ray alleges that, for two months, he has been asking Cox for medical treatment for his kidney pain and related problems, he has not been seen by Cox or any other medical provider, and Cox has refused to obtain his medical records about his kidney condition. The Court concludes, *for screening purposes only*, that Ray

---

[1]The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief.  *Id.* § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

has pled a viable § 1983 inadequate medical care claim against Defendant Cox. Thus, service will be ordered.

IT IS THEREFORE ORDERED THAT the Clerk is directed to prepare a summons for Susan Cox, and the United States Marshal is directed to serve the Complaint (*Doc. 2*) and this Order on her without prepayment of fees and costs or security therefor.

DATED this 7th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE