UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID RAY                                                                                             PLAINTIFF
ADC #167499

V.                              No. 3:19CV00307-BSM-JTR

SUSAN COX, Nurse,
Poinsett County Detention Center                                                    DEFENDANT

## ORDER

Defendant has filed a Motion to Dismiss and a Brief in Support alleging that this *pro se* § 1983 action should be dismissed because Plaintiff David Ray ("Ray") has been paroled from the Arkansas Division of Correction and has failed to apprise Defendant or the Court of his current address. *Docs. 17 & 18.* Furthermore, because Ray has been released from incarceration, he is required to pay the $400 filing fee for this action, or file an updated application to proceed *in forma pauperis.*

IT IS THEREFORE ORDERED THAT:

1. Ray must file, **within thirty (30) days of the date of this Order**, a Response to Defendant's Motion to Dismiss.

2. The Clerk is directed to mail Ray a free-world Application to Proceed *In Forma Pauperis.*

3. If Ray wishes to proceed with this action, he must either: (a) pay the $400 filing fee for this action; or (b) complete and file, **within thirty (30) days of the date of this Order,** a free-world Application to Proceed *In Forma Pauperis.*

4. Ray is advised that, if he fails to fully and timely respond to this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 18th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE