# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DAVID RAY                                                                                                PLAINTIFF
ADC #167499

V.                              No. 3:19CV00307-BSM-JTR

SUSAN COX, Nurse,
Poinsett County Detention Center                                                      DEFENDANT

## ORDER

For good cause shown, Defendant's Motion to Stay Scheduling Order Deadlines (*Doc. 21*) is GRANTED. All deadlines are stayed pending a ruling on Defendant's Motion to Dismiss.

IT IS SO ORDERED this 5th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE