# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVID RAY**  **PLAINTIFF**
**ADC #167499**

v.   **CASE NO. 3:19-CV-00307-BSM**

**SUSAN COX, Nurse**
**Poinsett County Detention Center**  **DEFENDANT**

## ORDER

Susan Cox's motion to dismiss [Doc. No. 17] is granted because David Ray has been paroled and has failed to pay the filing fee or complete a free-world application to proceed *in forma pauperis*, and has not provided his address so that he can receive court filings. *See* Doc. Nos. 17, 19, 20, 23. This case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED, this 16th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE