# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DAVID RAY**                                                                               **PLAINTIFF**
**ADC #167499**

**v.**                         **CASE NO. 3:19-CV-00307-BSM**

**SUSAN COX, Nurse**
**Poinsett County Detention Center**                                   **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of September, 2020.

                                                    _/s/ Brian S. Miller_
                                                    UNITED STATES DISTRICT JUDGE